UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 13-cr-10352 MLW |
| ) | |
| KERNIA AVALO ) | |
| DEMEJIA ) | |
| ) | |
| **Defendants** ) | |

### ASSENTED-TO MOTION TO EXCLUDE

The United States, with the assent of defendant Kernia Avalo Demejia, hereby moves, pursuant to 18 U.S.C. § 3161(h) and Section 5(f)(4) of the Plan for the Prompt Disposition of Criminal Cases of the United States District Court of Massachusetts, for an order excluding the time period of February 11, 2014 to the Rule 11 hearing, which has not yet been scheduled, from the calculation of the time within which the trial of this case shall commence under 18 U.S.C. § 3161(c)(1). As grounds herefor, the government states that the parties requested that the case be reported to the District Court for a Rule 11 hearing and, in their final status report, requested exclusion of the time up to the Rule 11 hearing. Because a plea will efficiently resolve this case, and the government ought not be at risk of the seventy-day period running while awaiting the Rule 11 hearing, the general public's interest in having cases brought to trial promptly is outweighed by the modest exclusion sought hereunder and the Court should find that the ends of justice outweigh any delay in trial.

ALLOWED
W₀Y. DJ
April 18, 2014

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: /s/ Thomas E. Kanwit